WILLIAM B. POWELL, Respondent, *v.* EDWARD F. MURRAY et al., Appellants.

*Powell* v. *Murray*, 3 App. Div. 273, affirmed.
(Argued December 13, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*N. Davenport* for appellants.

*O. B. Gould* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., absent.

---

THOMAS G. PATTERSON, Respondent, *v.* JOHN P. MCGOVERN, Appellant.

*Patterson* v. *McGovern*, 91 Hun, 642, affirmed.
(Argued December 13, 1898; decided January 10, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered February 4, 1896, affirming a judgment in favor of plaintiff, entered upon the report of a referee.

*John Vincent* for appellant.

*Jonathan C. Ross* and *Philip Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting, and GRAY and MARTIN, JJ., absent.

---

AUGUST WICKE, Respondent, *v.* THE ALBANY RAILWAY, Appellant.

*Wicke* v. *The Albany Railway*, 5 App. Div. 625, affirmed.
(Argued December 13, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered